IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| US FOODS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-231 |
| J. PHILIP CORNETT, | ) |
| Defendant. | ) |

### AFFIDAVIT OF BRANDY R. MCMILLION
### IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

STATE OF ILLINOIS     )
                      )  ss.
COUNTY OF COOK        )

I, Brandy R. McMillion, being sworn on oath, state as follows:

1. I am over 18 years of age and competent to provide testimony under oath.

2. I have personal knowledge of the matters herein, and if called upon to do so, could testify thereto.

3. This affidavit is being offered in support of Plaintiff's Request for Entry of Default in the above-captioned case.

4. Plaintiff retained the law firm of Bryan Cave LLP ("Bryan Cave") in connection with the above-captioned case and I am attorney at Bryan Cave responsible for this matter.

5. To the best of my knowledge, the Defendant, J. Philip Cornett, is over the age of 18, not incompetent, nor in the military; and was personally served on April 20, 2013.

I have read the foregoing Affidavit and declare that it is true and correct to the best of my personal knowledge.

_____
Brandy R. McMillion

_____
Notary

Subscribed and sworn to before me this ___ day of June, 2013.

OFFICIAL SEAL
Melissa L Andrews Stigger
Notary Public, State of Illinois
My Commission Expires 4/1/2017